# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| **JAGIR PATEL and SONAL PATEL,** | ) |
| **Plaintiffs,** | ) |
| V. | ) CIVIL ACTION NO. SA-23-CA-1306-FB |
| **NMAEMEKA O. ONUBA, TRANSAMERICA LIFE INSURANCE COMPANY, WORLD FINANCIAL GROUP, and MET LIFE, IUL,** | ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT

Before the Court is Plaintiff's Motion to Dismiss With Prejudice. (Docket no. 20). The parties also stipulate (docket no. 17) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that Plaintiff's claims against Defendants, as well as any claims that Defendants could have brought against Plaintiff, are dismissed with prejudice, with all costs of court to be borne by the party incurring same.

Accordingly, IT IS ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Dismiss With Prejudice (docket no. 20) is GRANTED such that, pursuant to the stipulation of dismissal signed by the parties (docket no. 17) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims against Defendants, as well as any claims that Defendants could have brought against Plaintiff, are DISMISSED WITH PREJUDICE, with all costs of court to be borne by the party incurring same.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 5th day of January, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE